[Cite as *03/27/2003 Case Announcements,* 2003-Ohio-1494.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 27, 2003*

## APPEALS ACCEPTED FOR REVIEW

**2002–2137.   Common Cause/Ohio v. Ohio Elections Comm.**
Franklin App. Nos. 02AP–439, 02AP–440 and 02AP–441, 150 Ohio App.3d 31, 2002-Ohio-5965. Discretionary appeal allowed on Proposition of Law No. I.

O'CONNOR, J., concurs.

Brogan, Farmer and LUNDBERG STRATTON, JJ., concur in part because they would allow both propositions of law.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

James A. Brogan, J., of the Second Appellate District, sitting for RESNICK, J.
Sheila G. Farmer, J., of the Fifth Appellate District, sitting for COOK, J.

## MISCELLANEOUS DISMISSALS